UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH, | No. 2:20-cv-0017 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA PRISONS, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 10, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.[1]

/////

---

[1] The magistrate judge recommends that this action be dismissed for plaintiff's failure to file an amended complaint.  In his objections, plaintiff alleges he did file an amended complaint.  The court notes that on March 19, 2020, plaintiff filed a document he titled "Petition Response of Order Deadline and Amended Complaint."  However, that document in no material way complies with the magistrate judge's February 25, 2020 order as to the contents of the amended complaint.

1

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 10, 2020, are adopted in full; and
2. This action is dismissed without prejudice.

DATED: May 26, 2020

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE